Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Arizona____
                         (State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Pace Rosewood Association, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   23-7339638

4. **Debtor's address**

   **Principal place of business**
   
   16625 S Desert Foothills Pkwy  
   Number    Street
   
   _____
   
   Phoenix        AZ    85048  
   City          State  ZIP Code
   
   Maricopa  
   County

   **Mailing address, if different from principal place of business**
   
   Number    Street
   
   P.O. Box
   
   City          State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number    Street
   
   City          State  ZIP Code

5. **Debtor's website (URL)**

| Debtor | Pace Rosewood Association, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❏ Partnership (excluding LLP)
   ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   8   1   3   9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ❏ Chapter 7
   ❏ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❏ Chapter 12

Debtor  Pace Rosewood Association, Inc.  Case number (if known) _____
_____Name_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No
   ☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
   If more than 2 cases, attach a separate list.
             District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                 MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
           Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street

    _____
    
    _____
    City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Case 2:24-bk-04588-PS    Doc 1    Filed 06/07/24    Entered 06/07/24 11:01:43    Desc
Main Document    Page 3 of 16

Debtor  Pace Rosewood Association, Inc.  Case number (if known) _____
         Name

13. **Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ❏ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
| ❏ 50-99 | ❏ 5,001-10,000 | ❏ 50,001-100,000 |
| ■ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| ❏ 200-999 | | |

15. **Estimated assets**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ■ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

16. **Estimated liabilities**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ■ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/07/2024
            MM / DD / YYYY

X /s/ Michael Peck                              Michael Peck
Signature of authorized representative of debtor   Printed name

Title President

| Debtor | Pace Rosewood Association, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**   ✗ _/s/ signature_    Date  06/07/2024

Signature of attorney for debtor                    MM / DD / YYYY

Chad P. Miesen
Printed name

CHDB Law LLP
Firm name

1400    E Southern Avenue, Suite 400
Number    Street

Tempe                                    AZ        85282
City                                     State     ZIP Code

480-427-2860                             chad@chdblaw.com
Contact phone                            Email address

024910                                   AZ
Bar number                               State

# Pace Rosewood Association, Inc.
# Balance Sheet Comparison
## As Of 5/31/2024

|  | Balance 5/31/2024 | Balance 4/30/2024 | Change |
|---|---|---|---|
| **Assets** | | | |
| Cash-Operating | | | |
|   1010 - Alliance Operating Checking 2576 | $2,786.62 | $7,334.16 | ($4,547.54) |
|   1150 - Alliance Loan Security | $115,335.11 | $115,310.69 | $24.42 |
| Cash-Operating Total | $118,121.73 | $122,644.85 | ($4,523.12) |
| | | | |
| Cash-Reserves | | | |
|   1050 - Alliance Money Market 2600 | $31,159.77 | $43,069.02 | ($11,909.25) |
| Cash-Reserves Total | $31,159.77 | $43,069.02 | ($11,909.25) |
| | | | |
| **Assets Total** | $149,281.50 | $165,713.87 | ($16,432.37) |
| | | | |
| **Liabilities and Equity** | | | |
| Current Liability | | | |
|   2020 - Prepaid Owner Assessments | $19,803.91 | $20,703.53 | ($899.62) |
| Current Liability Total | $19,803.91 | $20,703.53 | ($899.62) |
| | | | |
| Long Term Liability | | | |
|   2500 - Loan-Alliance Association Bank 6/27/2028 | $822,090.87 | $836,932.66 | ($14,841.79) |
| Long Term Liability Total | $822,090.87 | $836,932.66 | ($14,841.79) |
| | | | |
| Reserves | | | |
|   3020 - General Reserves | $27,807.46 | $40,392.38 | ($12,584.92) |
|   3035 - Meter Compliance Fees | $1,865.51 | $1,193.74 | $671.77 |
|   3055 - Resale Reserve Contribution | $1,460.30 | $1,460.30 | $0.00 |
|   3400 - Reserve Interest | $26.50 | $22.60 | $3.90 |
| Reserves Total | $31,159.77 | $43,069.02 | ($11,909.25) |
| | | | |
| Equity | | | |
|   3500 - Retained Earnings | ($793,036.64) | ($793,036.64) | $0.00 |
| Equity Total | ($793,036.64) | ($793,036.64) | $0.00 |
| | | | |
| Net Income | $69,263.59 | $58,045.30 | $11,218.29 |
| | | | |
| **Liabilities & Equity Total** | $149,281.50 | $165,713.87 | ($16,432.37) |

<span style="color:red">The Alliance Loan Security bank account totaling $115,335.11 is a secure account held by Alliance Bank per the loan agreement. The HOA will not have access to the funds in this account until the loan is paid in full or matures on 06/27/2028.</span>

# Pace Rosewood Association, Inc.
## Income Statement
### 1/1/2024 - 5/31/2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | YTD |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| <u>Assessment Income</u> | | | | | | |
| 4010 - Homeowner Assessments | $35,990.34 | $41,475.69 | $39,447.68 | $37,445.56 | $37,508.31 | $191,867.58 |
| 4030 - Insurance Assessment | $3,531.07 | $3,522.61 | $3,152.94 | $3,501.79 | $3,248.36 | $16,956.77 |
| <u>Total Assessment Income</u> | $39,521.41 | $44,998.30 | $42,600.62 | $40,947.35 | $40,756.67 | $208,824.35 |
| | | | | | | |
| <u>Other Income</u> | | | | | | |
| 4110 - Interest-Reserves | $5.32 | $5.29 | $7.06 | $4.93 | $3.90 | $26.50 |
| 4120 - Interest-Operating | $24.91 | $23.35 | $24.92 | $24.13 | $24.74 | $122.05 |
| 4210 - Returned Payment Charges | $0.84 | $0.00 | $0.00 | $0.00 | $70.00 | $70.84 |
| 4220 - Late Payment Charges | ($6.14) | $615.00 | $123.45 | $347.07 | ($44.16) | $1,035.22 |
| 4230 - Demand Charges | $284.35 | $471.18 | $51.58 | $170.00 | $237.80 | $1,214.91 |
| 4240 - Lien Charges | $125.63 | $200.00 | $0.00 | $200.00 | $0.00 | $525.63 |
| 4250 - Collection Costs | $410.14 | $555.73 | $42.82 | $1,013.09 | $95.00 | $2,116.78 |
| 4270 - Legal Fees | $510.93 | $2,616.39 | $2,610.66 | $0.00 | $70.64 | $5,808.62 |
| 4320 - CC&R Enforcement Fees | $0.00 | $40.00 | $0.00 | $201.43 | $452.64 | $694.07 |
| 4325 - Meter Compliance Fees | $0.00 | $710.37 | $0.00 | $483.37 | $671.77 | $1,865.51 |
| 4440 - Working Capital | $0.00 | $471.66 | $988.64 | $0.00 | $0.00 | $1,460.30 |
| 4450 - Resale Reserve Contribution | $0.00 | $471.66 | $988.64 | $0.00 | $0.00 | $1,460.30 |
| 4460 - Rental Registration | ($40.00) | $0.00 | $25.00 | $55.00 | ($80.00) | ($40.00) |
| 4470 - Rental Registration Late Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4620 - Water Usage Reimbursement | $7,336.67 | $7,467.66 | $6,936.92 | $0.00 | $6,755.26 | $28,496.51 |
| 4900 - Miscellaneous Income | $152.84 | $152.84 | $152.84 | ($22.04) | $0.00 | $436.48 |
| <u>Total Other Income</u> | $8,805.49 | $13,801.13 | $11,952.53 | $2,476.98 | $8,257.59 | $45,293.72 |
| | | | | | | |
| *Total Income* | $48,326.90 | $58,799.43 | $54,553.15 | $43,424.33 | $49,014.26 | $254,118.07 |
| | | | | | | |
| **Expense** | | | | | | |
| <u>Landscaping & Common Areas</u> | | | | | | |
| 5010 - Landscape Maintenance Contract | $0.00 | $0.00 | $0.00 | $7,670.00 | $0.00 | $7,670.00 |
| 5030 - Irrigation Repair | $0.00 | $0.00 | $579.60 | $0.00 | $946.35 | $1,525.95 |
| 5060 - Backflow Testing | $0.00 | $0.00 | $0.00 | $0.00 | $305.00 | $305.00 |
| 5080 - Common Area Repairs/Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $1,225.00 | $1,225.00 |
| 5090 - Community Groundskeeper | $2,637.19 | $2,604.96 | $2,771.66 | $2,623.98 | $2,927.04 | $13,564.83 |
| 5270 - Pest Control | $0.00 | $0.00 | $1,925.00 | $0.00 | $580.00 | $2,505.00 |
| 5340 - Painting-Common Areas | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 |

# Pace Rosewood Association, Inc.
## Income Statement
### 1/1/2024 - 5/31/2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | YTD |
|---|---|---|---|---|---|---|
| <u>Total Landscaping & Common Areas</u> | $2,637.19 | $2,604.96 | $5,276.26 | $10,293.98 | $6,233.39 | $27,045.78 |
| | | | | | | |
| <u>Structures</u> | | | | | | |
| 6510 - Interior Unit Repair | $0.00 | $13,755.61 | $0.00 | $0.00 | $0.00 | $13,755.61 |
| 6560 - Roof Repair | $0.00 | $2,460.88 | $15,181.95 | $2,685.50 | $0.00 | $20,328.33 |
| 6680 - Plumbing | $0.00 | $0.00 | $723.00 | $0.00 | $829.43 | $1,552.43 |
| 6740 - Structures Maintenance Supplies | $0.00 | $0.00 | $0.00 | $1,866.00 | $0.00 | $1,866.00 |
| <u>Total Structures</u> | $0.00 | $16,216.49 | $15,904.95 | $4,551.50 | $829.43 | $37,502.37 |
| | | | | | | |
| <u>Utilities</u> | | | | | | |
| 7010 - Water | $8,155.94 | $7,878.54 | $8,250.39 | $8,661.94 | $8,947.12 | $41,893.93 |
| 7015 - Water Billing Contract | $1,463.85 | $1,463.85 | $1,463.85 | $0.00 | $1,463.85 | $5,855.40 |
| 7050 - Electricity | $415.23 | $416.55 | $413.36 | $414.29 | $418.88 | $2,078.31 |
| 7070 - Trash / Solid Waste | $1,958.00 | $2,567.47 | $3,272.76 | $2,095.06 | $3,131.41 | $13,024.70 |
| <u>Total Utilities</u> | $11,993.02 | $12,326.41 | $13,400.36 | $11,171.29 | $13,961.26 | $62,852.34 |
| | | | | | | |
| <u>Insurance</u> | | | | | | |
| 7210 - Association Master Policy | $3,261.41 | $0.00 | $0.00 | $0.00 | $19,239.33 | $22,500.74 |
| 7220 - D&O Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| <u>Total Insurance</u> | $3,261.41 | $0.00 | $0.00 | $0.00 | $19,239.33 | $22,500.74 |
| | | | | | | |
| <u>Administrative</u> | | | | | | |
| 8020 - Postage | $12.38 | $0.00 | $2.04 | $11.48 | $4.04 | $29.94 |
| 8030 - Certified Postage | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| 8090 - NSF Bank Fees | $10.00 | $0.00 | $0.00 | $10.00 | $20.00 | $40.00 |
| 8100 - Loan Interest | $4,557.82 | $4,484.47 | $4,126.19 | $4,335.21 | $4,123.29 | $21,626.98 |
| 8120 - Statement Fees | $364.00 | $455.00 | $455.00 | $457.50 | $457.50 | $2,189.00 |
| 8130 - Late Notices / Demand Letters | $230.00 | $605.00 | $830.00 | $90.00 | $315.00 | $2,070.00 |
| 8140 - Violation Letters | $10.00 | $0.00 | $0.00 | $6.00 | $12.00 | $28.00 |
| 8180 - Lien / Judgment Fees | $0.00 | $220.00 | $0.00 | $0.00 | $600.00 | $820.00 |
| 8220 - Income Taxes | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $50.00 |
| 8260 - Meeting Minutes | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | $200.00 |
| 8490 - Miscellaneous Administrative | $250.00 | $80.00 | $0.00 | $0.00 | $0.00 | $330.00 |
| <u>Total Administrative</u> | $5,449.20 | $5,844.47 | $5,413.23 | $5,060.19 | $5,631.83 | $27,398.92 |
| | | | | | | |
| <u>Professional</u> | | | | | | |
| 8510 - Management Contract | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $10,000.00 |
| 8535 - Collections | $61.00 | $211.00 | $88.00 | $503.00 | $863.98 | $1,726.98 |
| 8537 - Legal-Small Claims | $80.00 | $403.00 | $530.00 | $125.00 | $0.00 | $1,138.00 |
| 8540 - Legal-Collections | $0.00 | $0.00 | $3,004.64 | $0.00 | $0.00 | $3,004.64 |
| 8550 - Legal-General | $0.00 | $0.00 | $971.00 | $0.00 | $861.00 | $1,832.00 |

# Pace Rosewood Association, Inc.
## Income Statement
### 1/1/2024 - 5/31/2024

| | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | YTD |
|---|---|---|---|---|---|---|
| Counsel | | | | | | |
| 8580 - Website Maintenance | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $425.00 |
| <u>Total Professional</u> | $2,226.00 | $2,699.00 | $6,678.64 | $2,713.00 | $3,809.98 | $18,126.62 |
| | | | | | | |
| <u>Reserve Transfers</u> | | | | | | |
| 9020 - General Reserves | $2,415.08 | $2,415.08 | $2,415.08 | ($8,584.92) | ($12,584.92) | ($13,924.60) |
| 9055 - Resale Reserve Contribution | $0.00 | $471.66 | $988.64 | $0.00 | $0.00 | $1,460.30 |
| 9325 - Meter Compliance Fees | $0.00 | $710.37 | $0.00 | $483.37 | $671.77 | $1,865.51 |
| 9400 - Reserve Interest | $5.32 | $5.29 | $7.06 | $4.93 | $3.90 | $26.50 |
| <u>Total Reserve Transfers</u> | $2,420.40 | $3,602.40 | $3,410.78 | ($8,096.62) | ($11,909.25) | ($10,572.29) |
| | | | | | | |
| *Total Expense* | $27,987.22 | $43,293.73 | $50,084.22 | $25,693.34 | $37,795.97 | $184,854.48 |
| | | | | | | |
| Operating Net Income | $20,339.68 | $15,505.70 | $4,468.93 | $17,730.99 | $11,218.29 | $69,263.59 |
| | | | | | | |
| Net Income | $20,339.68 | $15,505.70 | $4,468.93 | $17,730.99 | $11,218.29 | $69,263.59 |

# Form 1120-H — U.S. Income Tax Return for Homeowners Associations

**Form 1120-H**
Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for Homeowners Associations**
Go to www.irs.gov/Form1120H for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____, 2023, and ending _____

**TYPE OR PRINT**
PACE ROSEWOOD ASSOCIATION, INC.
C/O REALMANAGE
P.O. BOX 803555
DALLAS, TX 75380

Employer identification number: ██████9638
Date association formed: 8/08/1973

Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return

**A** Check type of homeowners association: ☒ Condominium management association  ☐ Residential real estate association  ☐ Timeshare association

| | | |
|---|---|---:|
| B | Total exempt function income. Must meet 60% gross income test. See instructions | 673,391. |
| C | Total expenditures made for purposes described in 90% expenditure test. See instructions | 494,401. |
| D | Association's total expenditures for the tax year. See instructions | 555,009. |
| E | Tax-exempt interest received or accrued during the tax year | |

## Gross Income (excluding exempt function income)

| | | |
|---|---|---:|
| 1 | Dividends | |
| 2 | Taxable interest | 506. |
| 3 | Gross rents | |
| 4 | Gross royalties | |
| 5 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 6 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (excluding exempt function income) (attach statement) | |
| 8 | **Gross income** (excluding exempt function income). Add lines 1 through 7 | 506. |

## Deductions (directly connected to the production of gross income, excluding exempt function income)

| | | |
|---|---|---:|
| 9 | Salaries and wages | |
| 10 | Repairs and maintenance | |
| 11 | Rents | |
| 12 | Taxes and licenses | 50. |
| 13 | Interest | |
| 14 | Depreciation (attach Form 4562) | |
| 15 | Other deductions (attach statement) SEE STATEMENT 1 | 60,558. |
| 16 | **Total deductions.** Add lines 9 through 15 | 60,608. |
| 17 | Taxable income before specific deduction of $100. Subtract line 16 from line 8 | -60,102. |
| 18 | Specific deduction of $100 | $100 |

## Tax and Payments

| | | |
|---|---|---:|
| 19 | Taxable income. Subtract line 18 from line 17 | -60,202. |
| 20 | Enter 30% (0.30) of line 19. (Timeshare associations, enter 32% (0.32) of line 19.) | 0. |
| 21 | Tax credits (see instructions) | |
| 22 | **Total tax.** Subtract line 21 from line 20. See instructions for recapture of certain credits | 0. |
| 23a | Preceding year's overpayment credited to the current year | |
| 23b | Current year's estimated tax payments | |
| 23c | Tax deposited with Form 7004 | |
| 23d | Credit for tax paid on undistributed capital gains (attach Form 2439) | |
| 23e | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23f | Elective payment election amount from Form 3800 | |
| 23g | **Total payments and credits.** Combine lines 23a through 23f | 0. |
| 24 | Amount owed. Subtract line 23g from line 22. See instructions | 0. |
| 25 | Overpayment. Subtract line 22 from line 23g | |
| 26 | Enter amount of line 25 you want: Credited to 2024 estimated tax ____ Refunded | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: /s/ Michael Pack   Date: 4/8/2024   Title: PRESIDENT
MICHAEL PACK

May the IRS discuss this return with the preparer shown below? See instrs. ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| MARK A. CHRISTENSEN, CPA | MARK A. CHRISTENSEN, CPA | 3/06/24 | | ██████ |

Firm's name: GINSBURG & DWAILEEBE CPAS LLP
Firm's address: 1530 E. WILLIAMS FIELD RD., STE 201, GILBERT, AZ 85295
Firm's EIN: 
Phone no.: 602-826-8640

BAA For Paperwork Reduction Act Notice, see separate instructions.   CPCA3002L 06/15/23   Form 1120-H (2023)

**STATEMENT 1**
**FORM 1120-H, LINE 15**
**OTHER DEDUCTIONS**

| | |
|---|---:|
| ALLOCATED ACCOUNTING/TAX FEE | $ 230. |
| ALLOCATED MANAGEMENT FEE | 1,140. |
| LOAN INTEREST EXPENSE | 59,188. |
| TOTAL | $ 60,558. |

# Arizona Form 120A — Arizona Corporation Income Tax Return (Short Form) — 2023

For the [X] calendar year 2023 or [ ] fiscal year beginning _____ and ending _____
[ ] Check this box if this return is based on a 52/53 week taxable year.

| Field | Value |
|---|---|
| Business Telephone Number (with area code) | 480-759-4945 |
| Business Activity Code (from federal Form 1120) | 531310 |
| Name | PACE ROSEWOOD ASSOCIATION, INC. |
| Address — number and street or PO Box | P.O. BOX 803555 |
| City, Town or Post Office | DALLAS |
| State | TX |
| ZIP Code | 75380 |
| Employer Identification Number (EIN) | ▮▮▮▮9638 |

**IMPORTANT:** Do not use Form 120A to file an Arizona combined or consolidated return. Use Form 120.

Check box if return is filed under extension: (82) [ ] 82F [ ]

REVENUE USE ONLY. DO NOT MARK IN THIS AREA. (88)

(68) Check box if:
- A [ ] This is a first return   B [ ] Name change   C [ ] Address change
- A Is FEDERAL return filed on a consolidated basis?....... [ ] Yes  [X] No
  If "Yes", list EIN of common parent from consolidated return ____
- B Is this the corporation's final ARIZONA return under this EIN? ... [ ] Yes [X] No
  If "Yes", check one:
  1 [ ] Dissolved   2 [ ] Withdrawn   3 [ ] Merged/Reorganized
  List EIN of the successor corporation, if any ____

(81) PM      (66) RCVD

C Marijuana Establishments only:
  1 [ ] Adult Use only   2 [ ] Dual Lic. elected for-profit   3 [ ] Dual Lic. did not elect for-profit

## Arizona Taxable Income Computation

| # | Description | Amount |
|---|---|---|
| 1 | Taxable income per included federal return | -60,202. |
| 2 | Additions to taxable income from page 2, Schedule A, line A9 | 150. |
| 3 | Total taxable income: Add lines 1 and 2. Enter the total | -60,052. |
| 4 | Subtractions from taxable income from page 2, Schedule B, line B11 | |
| 5 | Adjusted income: Subtract line 4 from line 3. Enter the difference | -60,052. |
| 6 | Arizona basis net operating loss carryover: Include computation schedule ... SEE STATEMENT 1 | 0. |
| 7 | Arizona taxable income: Subtract line 6 from line 5. Enter the difference | -60,052. |

## Arizona Tax Liability Computation

| # | Description | Amount |
|---|---|---|
| 8 | Enter tax: Tax is 4.9 percent of line 7 or fifty dollars ($50), whichever is greater | 50. |
| 9 | Tax from recapture of tax credits from Arizona Form 300, Part 2, line 23 | |
| 10 | Subtotal: Add lines 8 and 9. Enter the total | 50. |
| 11 | Nonrefundable tax credits from Arizona Form 300, Part 2, line 42 | |
| 12 | Credit type: Enter form number for each nonrefundable credit used: 12 1 [3]  12 2 [3]  12 3 [3]  12 4 [3] | |
| 13 | Tax liability: Subtract line 11 from line 10. Enter the difference | 50. |

## Tax Payments

| # | Description | Amount |
|---|---|---|
| 14 | Refundable tax credits: Check box(es) and enter amount: 141 [ ] 308  142 [ ] 334  143 [ ] 349 | |
| 15 | Extension payment made with Form 120/165EXT or online: See instructions | |
| 16 | Estimated tax payments: 16a ____  Claim of Right: 16b ____  Add 16a and 16b ... 16c | |
| 17 | Total payments: Add lines 14, 15, and 16c. Enter the total | 0. |

## Computation of Total Due or Overpayment

| # | Description | Amount |
|---|---|---|
| 18 | Balance of tax due: If line 13 is larger than line 17, subtract line 17 from line 13. Enter the difference. Skip line 19 | 50. |
| 19 | Overpayment of tax: If line 17 is larger than line 13, subtract line 13 from line 17. Enter the difference | |
| 20 | Penalty and interest | |
| 21 | Estimated tax underpayment penalty: If Form 220/PTE is included, check box .......... 21 A [ ] | |
| 22 | **TOTAL DUE:** See instructions | 50. |
| 23 | **OVERPAYMENT:** See instructions | |
| 24 | Amount of line 23 to be applied to 2024 estimated tax ........ 24 ____ | |
| 25 | Amount to be refunded: Subtract line 24 from line 23. Enter the difference | |

Continued on page 2 →

| Name (as shown on page 1) | EIN |
|---|---|
| PACE ROSEWOOD ASSOCIATION, INC. | ███ 9638 |

## SCHEDULE A — Additions to Taxable Income

| | | |
|---|---|---:|
| A1 | Total federal depreciation | |
| A2 | Taxes based on income paid to any state (INCLUDING ARIZONA), local governments or foreign governments | 50. |
| A3 | Interest on obligations of other states, foreign countries, or political subdivisions | |
| A4 | Special deductions claimed on federal return | 100. |
| A5 | Federal net operating loss deduction claimed on federal return | |
| A6 | Additions related to Arizona tax credits: See instructions | |
| A7 | Capital loss from exchange of legal tender | |
| A8 | Other additions to federal taxable income: See instructions | |
| A9 | Total: Add lines A1 through A8. Enter the total here and on page 1, line 2 | 150. |

## SCHEDULE B — Subtractions From Taxable Income

| | | |
|---|---|---|
| B1 | Recalculated Arizona depreciation: See instructions | |
| B2 | Basis adjustment for property sold or otherwise disposed of during the taxable year: See instructions | |
| B3 | Dividends received from 50% or more controlled domestic corporations | |
| B4 | Foreign dividend gross-up | |
| B5 | Dividends received from foreign corporations | |
| B6 | Interest on U.S. obligations | |
| B7 | Agricultural crops charitable contribution | |
| B8 | Expenses related to certain federal tax credits: See instructions | |
| B9 | Capital gain from exchange of legal tender | |
| B10 | Other subtractions from federal taxable income: See instructions | |
| B11 | Total: Add lines B1 through B10. Enter the total here and on page 1, line 4 | |

## SCHEDULE C — Additional Information

C1 Date business began in Arizona: 8/08/1973

C2 Address at which tax records are located for audit purposes: Number/Street: P.O. BOX 803555
City: DALLAS    State: TX    ZIP Code: 75380

C3 The taxpayer designates the individual listed below as the person to contact to schedule an audit of this return and authorizes the disclosure of confidential information to this individual. (See instructions.)

Name: MARK CHRISTENSEN    Office Phone: 602-826-8640 (Area Code)
Title: CPA
Email: _____    Cell Phone: _____ (Area Code)

C4 List prior taxable years ending in MM/DD/YYYY format for which a federal examination has been finalized:

NOTE: A.R.S. § 43-327 requires the taxpayer, within ninety days after final determination, to report these changes under separate cover to the Arizona Department of Revenue or to file amended returns reporting these changes. (See instructions.)

C5 Indicate tax accounting method: ☐ Cash  ☒ Accrual  ☐ Other (Specify method.) _____

Continued on page 3 →

| Name (as shown on page 1) | EIN |
|---|---|
| PACE ROSEWOOD ASSOCIATION, INC. | ▉9638 |

**Declaration**

The following declaration must be signed by one of the following officers: president, treasurer, or any other principal officer.

Under penalties of perjury, I, the undersigned officer authorized to sign this return, declare that I have examined this return, including the accompanying schedules and statements, and to the best of my knowledge and belief, it is a true, correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona.

**Please Sign Here**

| OFFICER'S SIGNATURE | DATE 4/3/2024 | TITLE PRESIDENT |
|---|---|---|
| OFFICER'S PRINTED NAME: MICHAEL PECK | | |

**Paid Preparer's Use Only**

| PAID PREPARER'S SIGNATURE: MARK A. CHRISTENSEN, CPA | DATE 3/06/24 | PAID PREPARER'S TIN |
|---|---|---|
| PAID PREPARER'S PRINTED NAME: MARK A. CHRISTENSEN, CPA | | |
| FIRM'S NAME: GINSBURG & DWAILEEBE CPAS LLP | | FIRM'S EIN |
| FIRM'S STREET ADDRESS: 1530 E. WILLIAMS FIELD RD., STE 201 | | FIRM'S TELEPHONE NUMBER: 602-826-8640 |
| CITY: GILBERT, STATE: AZ | | ZIP CODE: 85295 |

This form must be e-filed unless the corporation has a waiver or is exempt from e-filing. See instructions for details.

**STATEMENT 1**
**FORM 120A, LINE 6**
**NET OPERATING LOSS CARRY FORWARD**

| | | | | |
|---|---|---|---|---|
| CARRYOVER GENERATED FROM YEAR END | 12/31/16 | | $ 992. | |
|   AMOUNT UTILIZED IN 2018 | | 234. | | |
|   TOTAL UTILIZATION | | | $ 234. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 758. |
| CARRYOVER GENERATED FROM YEAR END | 12/31/17 | | $ 956. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 956. |
| CARRYOVER GENERATED FROM YEAR END | 12/31/19 | | $ 200. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 200. |
| CARRYOVER GENERATED FROM YEAR END | 12/31/20 | | $ 993. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 993. |
| CARRYOVER GENERATED FROM YEAR END | 12/31/21 | | $ 1,065. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 1,065. |
| CARRYOVER GENERATED FROM YEAR END | 12/31/22 | | $ 25,880. | |
|   AVAILABLE FOR CARRYOVER TO 2023................................................ | | | | 25,880. |
| NET OPERATING LOSSES AVAILABLE IN 2023............................................ | | | | $ 29,852. |
| TAXABLE INCOME................................................................. | | | | -60,052. |
| TOTAL NET OPERATING LOSS DEDUCTION (LIMITED TO TAXABLE INCOME)................ | | | | 0. |

# United States Bankruptcy Court
## District of Arizona

In re  **Pace Rosewood Association, Inc.**
                                    Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned officer for Pace Rosewood Association, Inc., a corporate debtor in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

06/07/2024
Date

*Michael Peck* (signature)
Name: Michael Peck
Title: President
Pace Rosewood Association, Inc.